In the Matter of the Petition of JOHN NOWAK to Prove the Last Will and Testament of ROSALIE NOWAK, Late of the County of Kings, Deceased. MARY BETKOWSKA and Others, Appellants; JOHN NOWAK, as Executor, Respondent.— Decree and order of the Surrogate's Court of Kings county setting aside verdict

---

* See Zoning Ordinance of Village of Rye, art. 5, § 2.— [REP.

of jury and directing probate affirmed, with costs to respondent, payable out of the estate. No opinion. Kelly, P. J., Manning and Hagarty, JJ., concur; Young and Kapper, JJ., dissent, and vote to reverse so much of the decree and order as directed probate, and also vote for a new trial, upon the ground that the failure of proponent to testify presents a clear issue of fact.